**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 17-6292**

ZAINAB KAMARA,

> Plaintiff - Appellant,

> v.

PRINCE GEORGE'S COUNTY DEPARTMENT OF CORRECTIONS; MARY LOU MCDONOUGH; ABU KALOKOH; MESKEREM ASRESAHEGN, MD; DAVID IJEH, MD; ADEDEJI ADEWUNMI; DIAMON BAKER; SHAYLA STEWART; YVETTE FORD; DAWN TAYLOR; LT. COL. HARRY L. HILTON,

> Defendants - Appellees.

Appeal from the United States District Court for the District of Maryland, at Baltimore. Ellen L. Hollander, District Judge. (1:15-cv-03952-ELH)

Submitted: April 25, 2017                    Decided: April 28, 2017

Before MOTZ, DUNCAN, and AGEE, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Zainab Kamara, Appellant Pro Se. Gessesse Teferi, Erin Nicole Williams, PRINCE GEORGE'S COUNTY OFFICE OF LAW, Upper Marlboro, Maryland; Michelle Jacquelyn Marzullo, MARKS, O'NEILL, O'BRIEN, DOHERTY & KELLY, P.C., Towson, Maryland, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Zainab Kamara appeals the district court's order granting summary judgment to the Defendants on Kamara's 42 U.S.C. § 1983 (2012) action. On appeal, we confine our review to the issues raised in the Appellant's brief. *See* 4th Cir. R. 34(b). Because Kamara's informal brief does not challenge the basis for the district court's disposition, Kamara has forfeited appellate review of the court's order. *See Williams v. Giant Food Inc.*, 370 F.3d 423, 430 n.4 (4th Cir. 2004). Accordingly, we deny Kamara's motion to appoint counsel and affirm the district court's judgment. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*